```
              IN THE UNITED STATES DISTRICT COURT
               FOR THE SOUTHERN DISTRICT OF OHIO
                        EASTERN DIVISION
```

United States of America

    v.                                  2:16-cr-235 (01)
                                          Judge Marbley

Ernesto Venegas

### ORDER

There being no objections, the court hereby adopts the Report and Recommendation of the Magistrate Judge (ECF No. 27) that the defendant's guilty plea be accepted. The court accepts the defendant's plea of guilty to Count 1 of the Information, and he is hereby adjudged guilty on this count. The court will defer the decision of whether to accept the plea agreement until the sentencing hearing.

Date: March 28, 2017           s\Algenon L. Marbley
                                       Algenon L. Marbley
                                         United States District Judge